```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
P.S., an Infant by her Parents and              :
Natural Guardians, KREINDEL SOFER and           :
ARON SOFER, and KRINDEL SOFER                   :
and ARON SOFER, Individually,                   :
                                                :
                        Plaintiffs,             :     22-CV-7179 (RWL)
                                                :
              - against -                       :     ORDER
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
                        Defendant.              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Case Management Plan and Scheduling Order entered in this case requires the parties to file a joint status letter every 90 days. (Dkt. 14.) The deadline to file the first such letter has passed. Accordingly, no later than **April 11, 2023**, the parties shall file a joint letter updating the Court as to the status of this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2023
       New York, New York

Copies transmitted this date to all counsel of record.